U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2019 JUL 18 A 8:34
STEPHEN C. DRIES
CLERK

IN THE UNITED STATES DISTRICT COURT
IN AND FOR EASTERN DISTRICT OF WISCONSIN

Case No. **19-C-0985**

Judge: _____

Kevin: Michael: Boon-Bey,
A▮▮▮ S▮▮ B▮▮, A Minor Child,
K▮▮ M▮▮ B▮▮ A Minor Child,
K▮▮ M▮▮ B▮▮ Jr., A Minor Child,
H▮▮▮ H▮▮▮▮▮ A Minor Child,
S▮▮ M▮▮ B▮▮ A Minor Child,
Plaintiffs,

v.

Audrey Skwierawski,
Ryan Sanson,
Defendants.
_____/

## AMENDED VERIFIED COMPLAINT

It has discovered by the undersigned of the misuse of the state's driver license; and therefore, that contract with the State of Wisconsin has been rescinded. Notice to the state has been sent by registered mail, and the lower court has been noticed. (See **Exhibit Q**).

### ALL CASE LAW MENTIONED WITHIN THIS DOCUMENT IS USED AS PRINCIPLE OF LAW ONLY. ALL STATUTES ARE USED AS PRINCIPLE OF LAW ONLY: IT IS ONLY USED TO SHOW THE INTENT OF THE LEGISLATURE.

UNDER PENALTIES OF PERJURY the undersigned, the free and original inhabitant, **Kevin: Michael: Boon-Bey**, a living Man, 'within' and of the House of El's, Bey's, and Ali's with dominion over the land/soil (Amexem/America), a non-resident Alien to the Corporate United States, an Indigenous Choctaw/ Washitaw Muur/ Moor (Moorish American National), an Asiatic Man of the Asiatic Race, an original

1

Natural Physical Man, a Creation of the Almighty God's (Allah), Under the Almighty God's (Elohim/Allah) Authority and subject only to his laws, declares that he provided a copy hereof to be placed forwarded via HAND DELIVERY by Russ' Process Service of 4256 North 36th Street, Milwaukee, Wisconsin 53216 to:

> Audrey Skwierawski, Circuit Court Judge
> Milwaukee County Court – VRP Youth & Family Justice Center
> 10201 W. Watertown Plank Road, Room 2421
> Wauwatosa, Wisconsin 53226
>
> Ryan Sanson, Assistant District Attorney
> Milwaukee County Court – VRP Youth & Family Justice Center
> 10201 W. Watertown Plank Road
> Wauwatosa, Wisconsin 53226

Complaint signed this 17th day of July, 2019.

By: Living, Breathing, Natural Born, Free Man on the Soil

By Kevin: Michael: Boon-Bey
1314 S. 1st Street - #261
Milwaukee, Wisconsin 53204
(414) 218-2375

NOTICE: Using a notary on this document does not identify me as a fiction nor classify me as fictitious entity nor does it constitute any adhesion or any Hidden contracts, nor does it alter my status in any manner as a Living Breathing Man, BEing Live, BEing Liveing, BEing Aware. The purpose for notary is verification and identification only of a Living Man.

STATE OF WISCONSIN   )
                     ) SS:
COUNTY OF MILWAUKEE  )

BEFORE ME personally appeared Kevin: Michael: Boon-Bey who, being by me first duly sworn and personally known to me or identified in accordance with Wisconsin law, executed the foregoing in my presence the date last hereinabove appearing.

Signed this 17th day of July 2019.

*Luther Glasgow*
Notary Public Signature

Luther Glasgow
Notary Public Printed Name

09/27/2022
Date Commission Expires

seal:

(Notary Seal: LUTHER GLASGOW, NOTARY PUBLIC, STATE OF WISCONSIN)