# EXHIBIT Q

**EXHIBIT Q**

**Kevin: Michael: Boon-Bey**
1314 S. 1st St., #261
Milwaukee, Wisconsin 53204
(414) 218-2375
kevinmb1971@gmail.com

<u>SENT VIA REGISTERED MAIL, # RA 242 329 075 US, RETURN RECEIPT REQUESTED</u>

July 17, 2019

Wisconsin DMV
P.O. Box 7983
Madison, Wisconsin 53707-7983

      RE: NOTICE - Cancel (Rescind) the Contract

Dear Sirs:

On May 28, 2019, I signed a contract with the Wisconsin DMV for a Driver License. The License Number assigned is ███████-1285-08.

I wish to cancel that contract because I was misinformed about the use of the driver license. It is not in my best interest to function under a driver license because it incorporates my name with ALL CAPITAL letters, and the driver license is used to profile the flesh and blood, living man as chattel property. The misconception that I was under was that it is needed for travel when it is not. I will not contribute to sustaining a system of slavery.

I hereby exercise my right to voluntarily rescind the agreement under the provisions of the Wisconsin State Statutes, Chapter 343 and ask that you update your records accordingly.

You can contact me at the address and telephone number above.

If you have any questions, please advise.

Thank you.

Sincerely,

*[signature]*
Kevin: Michael: Boon-Bey

STATE OF WISCONSIN       )
                         ) SS:
COUNTY OF MILWAUKEE      )

BEFORE ME personally appeared Kevin: Michael: Boon-Bey who, being by me first duly sworn and personally known to me or identified in accordance with Wisconsin law, executed the foregoing in my presence the date last hereinabove appearing.

Signed this 17th day of July 2019.

_____       seal:
Notary Public Signature

Luther Glasgow
Notary Public Printed Name

09/27/2022
Date Commission Expires

[Notary Seal: LUTHER GLASGOW, NOTARY PUBLIC, STATE OF WISCONSIN]

2



```
===================================
            OAK CREEK
       200 E CENTENNIAL DR
      OAK CREEK, WI 53154-8618
            566070-0154
           (800)275-8777
        07/17/2019 02:09 PM
===================================
===================================
-----------------------------------
Product              Qty   Unit      Price
                           Price
-----------------------------------
First-Class Mail®     1    $0.55    $0.55
Letter
    (Domestic)
    (MADISON, WI  53707)
    (Weight:0 Lb 0.50 Oz)
    (Estimated Delivery Date)
    (Friday 07/19/2019)
Registered                         $12.40
    (Amount:$0.00)
    (USPS Registered Mail #)
    (RA242329075US)
Return Receipt                      $2.80
    (USPS Return Receipt #)
    (9590940234047227748693)
-----------------------------------
Total:                             $15.75
-----------------------------------

-----------------------------------
Credit Card Remitd                 $15.75
    (Card Name:MasterCard)
    (Account #:XXXXXXXXXXXX1849)
    (Approval #:141109)
    (Transaction #:442)
    (AID:A0000000042203       Chip)
    (AL:DEBIT)
    (PIN:Not Required        DEBIT)
-----------------------------------

Due to the security of Registered
Mail, an additional 3-10 delivery days
should be added to the expected
delivery date provided.

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

           Preview your Mail
           Track your Packages
           Sign up for FREE @
          www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
        Thank you for your business.

          HELP US SERVE YOU BETTER

         TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

                Go to:
```