

IN THE UNITED STATES DISTRICT COURT
IN AND FOR EASTERN DISTRICT OF WISCONSIN

Case No. 19-C-0985

Judge: Stadtmueller

Kevin: Michael: Boon-Bey,
A▊▊ S▊ B▊ A Minor Child,
K▊ M▊ B▊ A Minor Child,
K▊ M▊ B▊ A Minor Child,
P▊ L H▊, A Minor Child,
S▊ M B▊ A Minor Child,
Plaintiffs,

v.

Audrey Skwierawski,
Ryan Sanson,
Defendants.
_____/

# AMENDED VERIFIED COMPLAINT
# AMENDMENT #2

Effective July 31, 2019, Kevin: Michael: Boon-Bey was convicted and taken into custody by the Milwaukee County Sheriff in violation of Rule 21 of the Federal Criminal Procedure. On July 22, 2019, an AMENDED Request for Recusal was filed in the lower court citing Rule 21. (Refer to Exhibit A).

Besides violating Rule 21 of the Federal Criminal Procedure by moving forward with the trial in the lower court, the judge, Michael Hanrahan, is making good on his threat, made from the bench before trial, stating (as I recall), "If convicted, you will die in prison." (A transcript of that hearing is on order and will be provided to this Court upon receipt of it).

I am presently in the Milwaukee County Jail awaiting sentencing, which is scheduled for September 6, 2019, at 1:30 PM in the Safety Building, Room, 821 W. State Street, Milwaukee, Wisconsin 53233.

I have two (2) requests of this Court:

1

(1) Because I am detained in the Milwaukee County Jail, I am unable to follow through with the process server, who has the affidavits of service pertaining to this case in order to file them into this case; and

(2) Because I am detained in the Milwaukee County Jail, I am unable to comply with this Court's Notice – Rule 16 Scheduling Conference for Case Number 19-CV-985-JPS, dated August 2, 2019.

As a result, I am requesting this Court's assistance in acquiring the process server's affidavits of service so that they will be filed into the immediate case. The process server: Russ' Process Service of 4256 North 36th Street, Milwaukee, Wisconsin 53216; telephone number (414) 406-1255.

Pursuant to Rule 60 of the Federal Rules of Criminal Procedure, as a victim in the lower court I am also requesting this Court to intervene in the cases of the lower court, ordering the lower court to release me from detention until this Federal case is decided and put a "Stay" on all lower court cases (the criminal court case and the children's court cases). Or more appropriately, pursuant to Rule 60 of the Federal Rules of Civil Procedure, this court is requested to void the judgment of the lower court based on omissions in the trial and the lower court's violation of Rule 21 of the Federal Rules of Criminal Procedure. According to <u>Washington and Lee Law Review</u>, Volume 21, Issue 1, Article 9 (Spring 3-1-1964) entitled "Criminal Defendant's Vested Right In A Void Judgment," page 110, "It is almost universally held that courts of record have inherent power to vacate civil judgments at any time during the entire term at which they are rendered.[1] It is usually held that the same rule applies in criminal cases.[2]" In that way, I can fulfill this Court's Notice – Rule 16 Scheduling Conference for Case Number 19-CV-985-JPS and fulfill other responsibilities as it pertains to my court cases. At present, I am unable to attend or participate by telephone the scheduled Rule 16 Scheduling Conference (scheduled for August 22, 2019, at 9:00 AM) because of my incarceration.

---

[1] Freeman, Judgments § 194 (1925); 30A Am. Jur. Judgments § 629 (1958); 49 C.J.S. Judgments § 228 (1947); Annot. 168 A.L.R. 204 (1947).

[2] United States v. Benz, 282 U.S. 304, 306-07 (1931); Whitman, Federal Criminal Procedure § 35.3 (1950); 15 Am. Jur. Criminal Law § 473 (1938); 24 C.J.S. Criminal Law § 1605(1) (1961).

In conclusion, with regard to what occurred in the lower court, I would cite again from <u>Washington and Lee Law Review</u>, Volume 21, Issue 1, Article 9 (Spring 3-1-1964) entitled "Criminal Defendant's Vested Right In A Void Judgment," page 116, "It is felt, in short, that the procedural treatment accorded [Kevin Michael Boon-Bey and his children] violated minimum standards of fairness, and did not constitute due process of law as guaranteed by the fourteenth amendment of the United States Constitution...."

**ALL CASE LAW MENTIONED WITHIN THIS DOCUMENT IS USED AS PRINCIPLE OF LAW ONLY. ALL STATUTES ARE USED AS PRINCIPLE OF LAW ONLY; IT IS ONLY USED TO SHOW THE INTENT OF THE LEGISLATURE.**

UNDER PENALTIES OF PERJURY the undersigned, the free and original inhabitant, **Kevin: Michael: Boon-Bey**, a living Man, <u>'within'</u> and of the House of El's, Bey's, and Ali's with dominion over the land/soil (Amexem/America), a non-resident Alien to the Corporate United States, an Indigenous Choctaw/ Washitaw Muur/ Moor (Moorish American National), an Asiatic Man of the Asiatic Race, an original Natural Physical Man, a Creation of the Almighty God's (Allah), Under the Almighty God's (Elohim/Allah) Authority and subject only to his laws, declares that he provided a copy hereof to be placed forwarded via US Mail to:

        Assistant Attorney General David C. Rice
        Wisconsin Department of Justice
        Post Office Box 7857
        Madison, Wisconsin 53707-7857

Complaint signed this _____ day of August, 2019.

By: Living, Breathing,
Natural Born,
Free Man on the
Soil     /s/ Kevin: Michael: Boon-Bey

        By Kevin: Michael: Boon-Bey
        Milwaukee County Jail
        Milwaukee, Wisconsin

NOTICE: Using a notary on this document does not identify me as a fiction nor classify me as fictitious entity nor does it constitute any adhesion or any Hidden

contracts, nor does it alter my status in any manner as a Living Breathing Man, BEing Live, BEing Liveing, BEing Aware. The purpose for notary is verification and identification only of a Living Man.

STATE OF WISCONSIN    )
                      ) SS:
COUNTY OF MILWAUKEE   )

BEFORE ME personally appeared Kevin: Michael: Boon-Bey who, being by me first duly sworn and personally known to me or identified in accordance with Wisconsin law, executed the foregoing in my presence the date last hereinabove appearing.

Signed this _____ day of August 2019.

_____      seal:
Notary Public Signature


_____
Notary Public Printed Name


_____
Date Commission Expires


_____         _08-09-2019_
WITNESS#1 - Thomas Shumpert              DATE


_____         _8/9/19_
WITNESS#2 - John Hartman                 DATE