# EXHIBIT A

STATE OF WISCONSIN    MILWAUKEE COUNTY CIRCUIT COURT    MILWAUKEE, WISCONSIN

State of Wisconsin

<u>AMENDED</u> Request for Recusal

V.    :    Milwaukee County Case Number
**2018CF005908**

DA Case Number
**2018ML031266**

Kevin: Michael: Boon-Bey

## <u>AMENDED</u> Request for Recusal

Milwaukee County    The Honorable Michael J. Hanrahan

    **COMES NOW,** the free and original inhabitant, **Kevin: Michael: Boon-Bey**, a living Man, <u>'within'</u> and of the House of El's, Bey's, and Ali's with dominion over the land/soil (Amexem/America), a non-resident Alien to the Corporate United States, an Indigenous Choctaw/ Washitaw Muur/ Moor (Moorish American National), an Asiatic Man of the Asiatic Race, an original Natural Physical Man, a Creation of the Almighty God (Allah), Under the Almighty God (Elohim/Allah) Authority, subject only to his laws and in support of Kevin: Michael: Boon-Bey, BEing Live, BEing Liveing, BEing Aware.

By:<br>
The living Man of the land/soil and on the land/soil<br>
Kevin: Michael: Boon-Bey, Private and Special,<br>
Holder of the Inherent Political Power,<br>
BEing Live, BEing Liveing, BEing Aware

Kevin: Michael: Boon-Bey, BEing Live    MOORISH SCIENCE TEMPLE OF AMERICA
Non corporate entity (real party in interest, *tertius interveniens*)    SACRED RELIGIOUS ESTATE

1

An Indigenous Washitaw Muur/Moor
(Moorish American National)                                    Moor Identification Number B-100149

<u>AMENDED</u> Request for Recusal

In the hearing of July 22, 2019, Judge Hanrahan raised a question about the name of my tribe. The complete, and full name is an Indigenous Choctaw/ Washitaw Muur/ Moor (Moorish American National), an enrolled member of Chata/Choctaw Musgokee Yamassee Nation. Specifically, the judge questioned the word "Chata." "Chata" is the native tongue for "Choctaw" (the colonized word for "Chata"). (Refer to Exhibit A for a copy of the tribal membership enrollment and Exhibits B and C for additional information regarding the legitimacy of my tribal membership).

It should also be mentioned that the only tribes who are listed with the Bureau of Indian Affairs are those tribes who have applied for "gaming" licenses or tribes that are receiving a stipend (funds) from the United States government. The Chata/Choctaw Musgokee Yamassee Nation has chosen not to engage in gaming nor to receive stipends from the United States. We are independent and self-regulating, belonging to other independent and self-regulating tribes forming confederations with each other. Contact information regarding the Tribal Court Officials:

Chief Wendell Strozier-El, Tribal Court Judge                                    (310) 254-7038

Tribal Elder Nelson Boon-Bey, Great Lakes Tribal Court Judge
(414) 349-4336

Chief Rawsheed Stone Coyote Patton, Secretary of Court
(818) 916-2220


Rule 21 of Federal Criminal Procedure states:

<u>Rule 21. Transfer for Trial</u>

> (a) For Prejudice. Upon the defendant's motion, the court must transfer the proceeding against that defendant to another district if the court is satisfied that so great a prejudice against the defendant exists in the transferring district that the defendant cannot obtain a fair and impartial trial there.

(b) For Convenience. Upon the defendant's motion, the court may transfer the proceeding, or one or more counts, against that defendant to another district for the convenience of the parties, any victim, and the witnesses, and in the interest of justice.

(c) Proceedings on Transfer. When the court orders a transfer, the clerk must send to the transferee district the file, or a certified copy, and any bail taken. The prosecution will then continue in the transferee district.

(d) Time to File a Motion to Transfer. A motion to transfer may be made at or before arraignment or at any other time the court or these rules prescribe.

Rule 21(d) states that a motion to transfer can be made at any time, and that is what I have done in Federal Court. Until the Federal Court rules on the Verified Complaint (Case No. 19-C-1006), this court has no jurisdiction. We must all wait for the Federal Court to decide the matter.

## ALL CASE LAW MENTIONED WITHIN THIS DOCUMENT IS USED AS PRINCIPLE OF LAW ONLY. ALL STATUTES ARE USED AS PRINCIPLE OF LAW ONLY; IT IS ONLY USED TO SHOW THE INTENT OF THE LEGISLATURE.

UNDER PENALTIES OF PERJURY the undersigned, the free and original inhabitant, **Kevin: Michael: Boon-Bey**, a living Man, 'within' and of the House of El's, Bey's, and Ali's with dominion over the land/soil (Amexem/America), a non-resident Alien to the Corporate United States, an Indigenous Choctaw/ Washitaw Muur/ Moor (Moorish American National), an Asiatic Man of the Asiatic Race, an original Natural Physical Man, a Creation of the Almighty God's (Allah), Under the Almighty God's (Elohim/Allah) Authority and subject only to his laws, declares that he provided a copy hereof to be placed forwarded as follows:

3

Milwaukee County Clerk of Court
Milwaukee County Courthouse
901 N. 9th Street, Room 104
Milwaukee, Wisconsin 53233
FILED ELECTRONICALLY


Matthew J. Torbenson, Deputy District Attorney
Milwaukee County Circuit Court – Safety Building
821 W. State Street, Room 405
Milwaukee, WI 53233
FILED ELECTRONICALLY

I have hereunto set my hand and seal of office on this 22nd day of July, 2019.


DATED: July 22, 2019 A.D.                    Respectfully submitted,


By: Living, Breathing,
    Natural Born,
    Free Man on the
    Soil
                       _____
                       By Kevin: Michael: Boon-Bey
                       1314 S. 1st Street - #261
                       Milwaukee, Wisconsin 53204
                       (414) 218-2375


NOTICE: Time is of the essence here because the court has scheduled re-convening in approximately 1 hour from now. Getting a notary that quickly is not possible.

4

# EXHIBIT A

EXHIBIT A

# Chata/Choctaw Musgokee Yamassee Nation
## Of Florida



### Mvskoke West Coast
## CERTIFICATE OF TRIBAL ENROLLMENT



**\*LAWFUL AND LEGAL NOTICE\***

I Declare I am Inducted back to my people Chata/Choctaw Musgokee Yamassee aboriginal indigenous Native American Citizen. Unless Otherwise stated,

I have individual knowledge of the matters contained within This Declaration. I am fully competent to testify with respect to these matters. Thereby affirm that the information below regarding me is true.

### ENROLLMENT NA RR# 9-0985-CMYN

DON: 08/05/1971

Eye Color: BROWN



Nationality: CHOCTAW/WASHITAW    Occupation: TRIBAL NATIONAL CONSUL

**ENROLLEE**

KEVIN MICHAEL BOON-BEY
c/o 10275 S. SETTLERS WAY
OAK CREEK, WI 53154
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

YAMASSEE C.M.Y PROPER, FL

RR# 9-O985 CMYN    **FULL FAITH & CREDIT GIVEN**

**NOTICE OF FOREIGN JURISDICTION TO: ALL U.S. AND STATE AGENTS & OFFICERS**

WHEN THIS NOTICE IS AFFIXED TO A PREMISES, all property therein and attached thereto is under the custody and control of the above-noted foreign official and not subject to intrusion or seizure. THE BEARER OF THIS NOTICE has been duly notified to the Department of State pursuant to international law and enjoys immunity from criminal and civil jurisdiction, arrest and detention. Under international convention, the bearer should be treated with respect and all steps should be taken to prevent attack on the bearer's freedom, mobility, interests and property.

Law enforcement inquiries may be made to the U.S. Department of State Authentications Office, (202) 647-4000. Legalization inquiries may be made to the U.S. Delegation for the Hague Convention, (202) 776-8342.

:PRINCIPAL CHIEF:
RAWSHEED STONE COYOTE PATTON
:ELDER CHIEF:
BLACK WING FALCON

**ISSUING AUTHORITY**

Choctaw Musgokee Yamassee Nation
:Embassy Office :
c/o 48999 212TH WEST
LANCASTER, CA 93536
818-916-2220
253-242-8932 Washington Consulate Office
Verification: enrollment@cmyn.org

R0033X3 --SG08261975000111976

AUTOGRAPH OF INDIAN CITIZEN _Kevin Michael Boon-Bey_    Date _6/7/2017_



### INSTRUMENT NO:
### CMYN A1010081



THE AFFIXED AUTOGRAPH ABOVE IS THAT OF
PRINCIPAL CHIEF RAWSHEED STONE COYOTE PATTON
DIRECTOR OF THE CHOCTAW MUSGOKEE
YAMASSEE ENROLLMENT BUREAU

**SJ072676-102212**

ISSUED FROM THE DEPARTMENT OF THE INTERIOR
PRINCIPAL CHIEF RAWSHEED STONE COYOTE PATTON
CHOCTAW MUSGOKEE YAMASSEE NATION TRIBAL COUNCIL

*Certificate of Enrollment*

*DO NOT ACCEPT IF SHOWING ERASURES OR ALTERATIONS*



DocuGard 04541 – 6 Security Features
- Prints "VOID" on front when duplicated
- Blue background highlights erasure alterations
- Watermark on back can be seen when sheet is held on an angle
- Coin-reactive ink on watermark changes color when scratched with a coin
- Microtext border contains the DocuGard name and is difficult to copy
- Security Features Box lists tamper-resistant attributes

DocuGard 04541 – 6 Security Features
- Prints "VOID" on front when duplicated
- Blue background highlights erasure alterations
- Watermark on back can be seen when sheet is held on an angle
- Coin-reactive ink on watermark changes color when scratched with a coin
- Microtext border contains the DocuGard name and is difficult to copy
- Security Features Box lists tamper-resistant attributes



DocuGard 04541 – 6 Security Features
- Prints "VOID" on front when duplicated
- Blue background highlights erasure alterations
- Watermark on back can be seen when sheet is held on an angle
- Coin-reactive ink on watermark changes color when scratched with a coin
- Microtext border contains the DocuGard name and is difficult to copy
- Security Features Box lists tamper-resistant attributes

DocuGard 04541 – 6 Security Features
- Prints "VOID" on front when duplicated
- Blue background highlights erasure alterations
- Watermark on back can be seen when sheet is held on an angle
- Coin-reactive ink on watermark changes color when scratched with a coin
- Microtext border contains the DocuGard name and is difficult to copy
- Security Features Box lists tamper-resistant attributes