# EXHIBIT B

EXHIBIT B



# Tribal Leaders Directory

## CHOCTAW AGENCY



- 421 Powell Street, Philadelphia, MS, 39350
- 421 Powell Street, Philadelphia, Mississippi
- **(601) 656-1521**
- (601) 656-2350
- bryan.baldeagle@bia.gov
- Bryan Bald Eagle

Disclaimer: The Bureau of Indian Affairs (BIA) first developed the Tribal Leaders Directory as an internal reference document for its employees. It quickly became one of Indian Affairs' most requested documents, and is now used by federal, state and local governments, news media, businesses, researchers, and the general public as a resource to help them connect with Indian Country. The BIA's commitment to enhanced communication led to transforming this publication into the electronic interactive app before you. It's important to note that the Directory is not an official listing of federally recognized tribes. It should be used in conjunction with the Federal Register Notice of Indian Entities Recognized and Eligible to Receive Services from the United States Bureau of Indian Affairs (81 Fed. Reg. 26826), which is the official listing of all federally recognized tribes in the United States, pursuant to the Federally Recognized Indian Tribe List Act of 1994 (Pub. L. 103-454, 108 Stat. 4791-4792). Since tribal elections and other changes in tribal leadership occur throughout the year, the Directory's information is the most currently available at the time of its most recent monthly update. Because the BIA cannot track all tribal leadership changes in real time, it does not guarantee the accuracy of the Directory's tribal contact information. The reference map is also designed to reflect the general locations of BIA regional and agency offices and tribal government headquarters. The locations of tribal and federal offices shown in this map viewer are not to be used for legal purposes, and the BIA does not guarantee the accuracy of this information. To learn more about the Directory and map, contact the BIA Division of Tribal Government Services at (202) 513-7641. To access the most recent Federal Register Notice, visit: https://www.bia.gov/tribal-leaders-directory