# EXHIBIT C

EXHIBIT C

# List of Choctaw treaties

From Wikipedia, the free encyclopedia

**List of Choctaw Treaties** is a comprehensive chronological list of historic agreements that directly or indirectly affected the Choctaw people, an American Indian tribe, with other nations. Choctaw land was systematically obtained through treaties, legislation, and threats of warfare. Treaties were made with Great Britain, France, and Spain. Nine treaties were signed with the United States.[1] Some treaties, like the Treaty of San Lorenzo, indirectly affected the Choctaws.

The Choctaws considered European laws and diplomacy foreign and puzzling. The most confusing aspect of treaty making was writing which was impressive for a people who have not developed a written system. Choctaw history, as with many Native

Choctaw Nation

- Dancing Rabbit Creek
- Doak's Stand
- Fort St. Stephens
- Mount Dexter
- Hoe Buckintoopa
- Fort Adams

The entire Choctaw Nation divided up by treaty in relation to the U.S. state of Mississippi

Americans, was passed orally from generation to generation. Europeans needed treaties to satisfy their cultural laws and ease their consciences. During treaty negotiations the three main Choctaw tribal areas (Upper Towns, Six town, and Lower Towns) had a "Miko" (chief) to represent them. Spain had the earliest claims to Choctaw country which was followed by French claims starting in the late 17th century. The United States, following the Treaty of San Lorenzo, laid claim to Choctaw country starting in 1795.

By the early 19th century pressure from U.S. southern states, like Georgia, encouraged the procurement of Native American lands. The Treaty of Fort Adams was the first in a series of treaties that ceded Choctaw lands. The Choctaws were relocated from their homeland, now known as the Deep South, to lands west of the Mississippi River. Approximately 15,000 Choctaws made the move to what would be called Indian Territory and then later Oklahoma.[2] About 2,500 died along the trail of tears. The Treaty of Dancing Rabbit Creek signed away the remaining tradition homeland to the United States. There would be three waves of removals starting in 1831. After the final wave of removal in 1833, nearly 6000 Choctaws chose to stay in the newly formed state of Mississippi. The newly settled European-Americans persistently urged the Mississippi Choctaws to remove, but they refused. Although smaller Choctaw groups can be found throughout the U.S. south, Choctaws are mainly found in Florida Oklahoma and Mississippi.

# Contents

- 1 Treaties
- 2 Indian Appropriations Act of 1871

- 3 See also
- 4 Notes

# Treaties

| Treaty | Year | Signed with | Location | Purpose | Ceded Land |
|---|---|---|---|---|---|
| Charleston | 1738 | Great Britain | Charleston, SC | Trade and Alliance | n/a |
| Mobile | 1749 | France | Mobile, AL | Trade and Alliance | n/a |
| Grandpre | 1750 | France | Choctaw Nation | Ended Choctaw Civil War | n/a |
| Augusta | 1763 | Georgia | Augusta, GA | Established "Indian/White" boundaries | n/a |
| Mobile | 1783 | Great Britain | Mobile, AL | Land Cession, Boundaries defined | n/a |
| Mobile | 1783 | Spain | Mobile, AL | Trade and Alliance | n/a |
| Charleston | 1783 | Great Britain | Charleston, SC | Trade and Amity | n/a |
| Pensacola | 1784 | Spain | Pensacola, FL | Trade and Alliance | n/a |
| Hopewell | 1786 | United States | Hopwell, SC | U.S. to serve as protectorate, Choctaw Nation boundaries defined | n/a |
| San Lorenzo | 1795 | Between Spain and United States | San Lorenzo de El Escorial, Spain | The treaty, without Choctaw participation, put Choctaw country under U.S. control | n/a |
| Fort Adams | 1801 | United States | Mississippi Territory | Re-defined Choctaw cession to England and permission for Natchez Trace | 2,641,920 acres (10,691.5 km$^2$) |
| Fort Confederation | 1802 | United States | Mississippi Territory | Boundary re-defined, and lands ceded | 10,000 acres (40 km$^2$) |
| Hoe Buckintoopa | 1803 | United States | Choctaw Nation | Small cession of Tombigbee River and redefined English treaty of 1765 | 853,760 acres (3,455.0 km$^2$) |
| Mount Dexter | 1805 | United States | Choctaw Nation (Mississippi) | Large cession from Natchez District to the Tombigbee Alabama River watershed | 4,142,720 acres (16,765.0 km$^2$) |
| Fort St. Stephens | 1816 | United States | Fort St. Stephens (Alabama) | Ceded all Choctaw land east of Tombigbee River | 10,000 acres (40 km$^2$) |
| Doak's Stand | 1820 | United States | Natchez Trace, Choctaw Nation (Mississippi) | Exchanged cession in Mississippi for parcel in Arkansas and prepare the Choctaws to become citizens of the United States | 5,169,788 acres (20,921.39 km$^2$) |
| Washington City | 1825 | United States | Washington, D.C. | Exchanged Arkansas land for Oklahoma parcel | 2,000,000 acres (8,100 km$^2$) |
| Dancing Rabbit Creek | 1830 | United States | Choctaw Nation (Mississippi) | Removal and granting U.S. citizenship | 10,523,130 acres (42,585.6 km$^2$) |

| Comanche | 1835 | United States | Muscogee Nation (Indian Territory) | Peace and friendship among various tribes | n/a |
| Bowles Village | 1836 | Republic of Texas | Texas Cherokees and Twelve Associated Bands-Yowani Choctaw (Texas) | Acquisition of Title for east Texas lands based upon previous 1822 Mexican grant | 1,500,000 acres (6,100 km$^2$) |
| Choctaws and Chickasaws | 1861 | Confederate States of America | Creek Nation (Indian Territory) | Serve as protectorate, admit Indian Nations as Confederate states | n/a |
| Choctaw and Chickasaws | 1866 | United States | Washington, D.C | Besides granting amnesty for past crimes against the U.S. Government, this treaty also encourages the Choctaws and Chickasaws to seek cooperation from the plains Indians to the west. | n/a |

# Indian Appropriations Act of 1871

In 1871 Congress added a rider to the Indian Appropriations Act to end the United States' recognizing additional Indian tribes or nations, and prohibiting additional treaties.

> *That hereafter no Indian nation or tribe within the territory of the United States shall be acknowledged or recognized as an independent nation, tribe, or power with whom the United States may contract by treaty: Provided, further, that nothing herein contained shall be construed to invalidate or impair the obligation of any treaty heretofore lawfully made and ratified with any such Indian nation or tribe.*
>
> —-Indian Appropriations Act of 1871[3]

# See also

- Choctaw Trail of Tears
- Treaty of Hopewell
- Treaty of Washington City
- Treaty of Doak's Stand
- Treaty of Dancing Rabbit Creek
- Treaty of Bowles Village
- List of treaties

# Notes

1. Ferguson, Bob (2001). "Treaties". Mississippi Band of Choctaw Indians. Archived from the original on June 8, 2007. Retrieved 2008-02-06.

Case 2:19-cv-00985-JPS   Filed 08/13/19   Page 5 of 6   Document 7-3

2. Satz, Ronald (1986). "The Mississippi Choctaw: From the Removal Treaty of the Federal Agency". In Samuel J. Wells and Roseanna Tuby. *After Removal: The Choctaw in Mississippi*. University Press of Mississippi. p. 7. ISBN 0-87805-289-5.
3. Onecle (November 8, 2005). "Indian Treaties". Retrieved 2009-03-31.

Retrieved from "https://en.wikipedia.org/w/index.php?title=List_of_Choctaw_treaties&oldid=706534038"

Categories: United States and Native American treaties | Choctaw

- This page was last modified on 23 February 2016, at 21:15.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.