

IN THE UNITED STATES DISTRICT COURT
IN AND FOR EASTERN DISTRICT OF WISCONSIN

FILED
2019 AUG 22 P 12: 23
STEPHEN C. DRIES
CLERK

Case No. **19-C-0985**

Judge: Stadtmueller

Kevin: Michael: Boon-Bey,
A▇▇ S▇ B▇ A Minor Child,
K▇ M▇ B▇, A Minor Child,
K▇ M▇ B▇ Jr., A Minor Child,
▇ I▇ H▇, A Minor Child,
S▇ M▇ B▇, A Minor Child,
Plaintiffs,

v.

Audrey Skwierawski,
Ryan Sanson,
Defendants.
_____/

## AMENDED VERIFIED COMPLAINT
## AMENDMENT #3

As a Moorish American National and pursuant to Rule 21 of the Federal Criminal Procedure, pursuant to the Indian Child Welfare Act, 25 U.S.C. § 1911(b), pursuant to the United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP 2007), pursuant to the Treaty Of Savannah 1733, pursuant to the Treaty Of Camp Holmes 1835, and pursuant to the <u>organic agreements</u> of the Declaration of Independence, 1776; the Bill of Rights, 1789 & R1791; the Northwest Ordinance, 1787; the Articles of Association, 1774; the U.S. Constitution, 1787; the Articles of Confederation, 1778 & R1781; the U.S./Morocco Treaty of Peace and Friendship, 1786; the U.S./Morocco Treaty of Peace and Friendship, 1836; The Wisconsin State Constitution; and the Maxims of Equity – these protections should have protected the entire family, keeping the family intact. These protections are to give this Court the opportunity to make a lawful determination of the matter, avoiding victimization as described in Rule 60 of the Federal Rules of Criminal Procedure.

Instead, the lower court ignored Rule 21 of the Federal Criminal Procedure,

1

ignored the organic documents which are identified above and exhibited as **Exhibits M-1 through M-14** of the Verified Complaint of the immediate case, and ignored the Indian Child Welfare Act, falsely charged and falsely convicted both parents, ignored (disregarded) my status as a Moorish American National, and seized the free and original inhabitant, **Kevin: Michael: Boon-Bey**, a living Man, an Indigenous Choctaw/ Washitaw Muur/ Moor. This seizure of both parents, wrongly incarcerating them, victimizes all the children of **Kevin: Michael: Boon-Bey**, separating them from their parents, a violation of Rule 60 of the Federal Rules of Criminal Procedure.

This victimization process of wrongfully detaining the undersigned is already underway, moving the undersigned toward the perceived threat made from the bench of the lower court. That perceived threat is referenced on page 1 of the AMENDED Verified Complaint – Amendment #2 of the immediate case. **Kevin: Michael: Boon-Bey** indicated that upon receipt of the lower court transcript for the hearing of December 17, 2018, which was on order at the time of filing the AMENDED Verified Complaint – Amendment #2, he would provide a copy to this Court. That transcript was received today, August 16, 2019, and is attached as **Exhibit A**. As was stated previously in the AMENDED Verified Complaint – Amendment #2 of the immediate case, Judge Michael Hanrahan violated Rule 21 of the Federal Criminal Procedure by moving forward with the trial in the lower court. Judge Hanrahan also, by moving forward with the trial in the lower court, violated the organic documents which are identified above and exhibited as **Exhibits M-1 through M-14 of the Verified Complaint** of the immediate case and the Indian Child Welfare Act, making good on the perceived threat made from the bench, "If you're convicted of all the charges in this case, the maximum would put you probably in prison until you're dead." (See **Exhibit A**, Page 9, Lines 21 through 23).

### ALL CASE LAW MENTIONED WITHIN THIS DOCUMENT IS USED AS PRINCIPLE OF LAW ONLY. ALL STATUTES ARE USED AS PRINCIPLE OF LAW ONLY; IT IS ONLY USED TO SHOW THE INTENT OF THE LEGISLATURE.

UNDER PENALTIES OF PERJURY the undersigned, the free and original inhabitant, **Kevin: Michael: Boon-Bey**, a living Man, 'within' and of the House of

El's, Bey's, and Ali's with dominion over the land/soil (Amexem/America), a non-resident Alien to the Corporate United States, an Indigenous Choctaw/ Washitaw Muur/ Moor (Moorish American National), an Asiatic Man of the Asiatic Race, an original Natural Physical Man, a Creation of the Almighty God's (Allah), Under the Almighty God's (Elohim/Allah) Authority and subject only to his laws, declares that he provided a copy hereof to be placed forwarded via US Mail to:

>Assistant Attorney General David C. Rice
>Wisconsin Department of Justice
>Post Office Box 7857
>Madison, Wisconsin 53707-7857

Amended Verified Complaint - Amendment #3 signed this ____ day of August, 2019.

By: Living, Breathing,
Natural Born,
Free Man on the
Soil

By Kevin: Michael: Boon-Bey
Milwaukee County Jail
Milwaukee, Wisconsin

NOTICE: Using a notary on this document does not identify me as a fiction nor classify me as fictitious entity nor does it constitute any adhesion or any Hidden contracts, nor does it alter my status in any manner as a Living Breathing Man, BEing Live, BEing Liveing, BEing Aware. The purpose for notary is verification and identification only of a Living Man.

STATE OF WISCONSIN    )
                      ) SS:
COUNTY OF MILWAUKEE   )

BEFORE ME personally appeared Kevin: Michael: Boon-Bey who, being by me first duly sworn and personally known to me or identified in accordance with Wisconsin law, executed the foregoing in my presence the date last hereinabove appearing.

Signed this _____ day of August 2019.

_____    seal:
Notary Public Signature

_____
Notary Public Printed Name

_____
Date Commission Expires

_Tyrone Basey_                                    8-20-19
Witness #1 - Tyrone Basey                         Date

_Adrian Collins_                                  8/20/19
Witness #2 - Adrian Collins                       Date