# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KEVIN MICHAEL BOON-BEY, ASB,
a minor child, KMB, a minor child,
KMB, JR., a minor child, PIH, a minor
child, and SMB, a minor child,

                    Plaintiffs,

v.                                              Case No. 19-CV-985-JPS

AUDREY SKWIERAWSKI and RYAN
SANSON,                                         **ORDER**

                    Defendants.

---

On July 11, 2019, Plaintiffs filed their *pro se* complaint in this action.
(Docket #1). On July 29, 2019, Defendants filed their answer. (Docket #5).
Plaintiffs have filed several documents purporting to supplement their
complaint. (Docket #3, #7, and #9). If Plaintiffs' intention with these
documents was to amend the complaint, these documents are insufficient
for that purpose. The supplements appear to include additional
information or allegations, but they do not include a reproduction of the
allegations from the original pleading that underlie Plaintiffs' claims.

As Plaintiffs were informed in the Court's trial scheduling order,
Civil Local Rule 15 (E.D. Wis.) requires that "[a]ny amendments to a
pleading…must reproduce the entire pleading as amended, *and may not
incorporate any prior pleading by reference*." Civil L. R. 15(a) (E.D. Wis.)
(emphasis added). In other words, if Plaintiffs wish to amend their
complaint, they may do so by filing a pleading that includes all allegations

against all defendants in one single document. Because Plaintiffs' complaint

supplements, *see* (Docket #3, #7, and #9), fall short on this requirement, they

will be stricken from the docket. The original complaint, (Docket #1), is the

governing pleading.

Accordingly,

**IT IS ORDERED** that Plaintiffs' supplements to their complaint *see*

(Docket #3, #7, and #9) be and the same are hereby **STRICKEN**.

Dated at Milwaukee, Wisconsin, this 27th day of August, 2019.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge

Case 2:19-cv-00985-JPS   Filed 08/27/19   Page 2 of 2   Document 10