IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

KEVIN MICHAEL BOON-BEY, A. B., a
minor child, K. B., a minor child, K. M. B.
JR., a minor child, P. H., a minor child,
and S. B., a minor child,

        Plaintiffs,

    v.                                Case No. 19-C-0985

AUDREY SKWIERAWSKI and
RYAN SANSON,

        Defendants.

---

## MOTION FOR JUDGMENT ON THE PLEADINGS

---

PLEASE TAKE NOTICE that the Defendants, by Wisconsin Attorney General Joshua L. Kaul and Assistant Attorney General David C. Rice, move the court to enter judgment on the pleadings on the grounds of Eleventh Amendment immunity, prosecutorial immunity, judicial immunity, qualified immunity, and failure to state a claim upon which relief can be granted.

1

Dated at Madison, Wisconsin, this 15th day of October, 2019.

JOSHUA L. KAUL
Wisconsin Attorney General


s/David C. Rice
DAVID C. RICE
Assistant Attorney General
State Bar #1014323

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-6823
(608) 267-8906 (Fax)
ricedc@doj.state.wi.us

2